55 A.3d 1047

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph P. SCHIAFFINO, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 12, 2012.

## *ORDER*

55 A.3d 1048

**In re E.A.**

**R.A., Respondent**

v.

**Commonwealth of Pennsylvania, Department of Public Welfare**

**and**

**Wyoming County Human Services, Intervenor, Petitioners.**

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, as stated by petitioners, are:

1. Whether [the] Commonwealth Court erred by determining that the videotape statement of a subject child is not admissible because the Administrative Law Judge heard testimony describing the statements before viewing the videotape?

2. Whether [the] Commonwealth Court erred by requiring that the videotape statement of a young victim of sexual abuse be corroborated by other evidence?